## SUPREME COURT.

JANE MALAN agt. WILSON SIMPSON and ROBERT SIMPSON.

A *term fee* of $10, can be taxed for every term that a motion for a new trial on a case, is on the special term calendar, and not necessarily reached or postponed. (*Agreeing with, and following the case of Moore* agt. *Cockroft,* 9 *How.,* 479.)

*New York Special Term, February,* 1861.
THIS was a motion for a readjustment of costs.

IRWIN S. SPINK, *for plaintiff.*
D. G. CROSBY, *for defendants.*

BARNARD, Justice.   The question presented for consider ation is, whether a term fee of ten dollars can be taxed for